UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EVAN PETROS, | ) |
| *Plaintiff*, | ) No. 1:15-cv-875 |
| v. | ) |
| | ) Hon. Paul L. Maloney |
| GREYHOUND LINES, INC., | ) |
| *Defendant*. | ) |

**STIPULATED ORDER**
**WITH PREJUDICE AND WITHOUT COSTS**

This matter having come before the Court pursuant to the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's Complaint, including all claims raised or which could have been raised against Defendant, as of the date of the entry of this Order, is dismissed with prejudice and without costs, interest or attorney fees to any party.

**THIS IS A FINAL ORDER WHICH RESOLVES ALL CLAIMS AND DISPUTES AND CLOSES THIS CASE.**

IT IS SO ORDERED.

/s/Paul L. Maloney
Hon. Paul L. Maloney
United States District Judge

Dated: October 27, 2015

**STIPULATED TO AS TO FORM AND SUBSTANCE BY:**

s/Pete M. Monismith (w/consent)          s/Thomas R. Paxton
**Pete M. Monismith**                    **Thomas R. Paxton**
Attorney for the Plaintiff Evan Petros   Attorney for Defendant Greyhound

22785347.1